IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RICHARD TODD YORK,             )
                               )
          Petitioner,          )
                               )
   v.                          )    1:25-cv-372
                               )
LESLIE DISMUKES,               )
                               )
          Respondent.          )

**ORDER**

The matter is before this court for review of the Recommendation ("Recommendation") filed on November 5, 2025, by the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 15.) In the Recommendation, the Magistrate Judge recommends that Respondent's Motion to Dismiss be granted, that Petitioner's grounds for relief in his filings are time-barred and his motion to amend and motion to address should be denied as futile, and this action be dismissed. The Recommendation was served on the parties in this action on November 5, 2025. (Doc. 16.) Petitioner timely filed objections, (Doc. 18), to the Recommendation.

This court is required to "make a de novo determination of those portions of the [Magistrate Judge's] report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). This court "may accept, reject, or modify,

in whole or in part, the findings or recommendations made by the [M]agistrate [J]udge. . . . [O]r recommit the matter to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the Recommendation to which the objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 15), is **ADOPTED. IT IS FURTHER ORDERED** that Respondent's Motion to Dismiss on Statute of Limitations, Procedural Default, and Cognizability Grounds, (Doc. 10), is **GRANTED**, Petitioner's Motion to Amend, (Doc. 7), and Motion to Address, (Doc. 12) are **DENIED,** and the Petition, (Doc. 1), is hereby **DISMISSED.** The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 12th day of January, 2026.

/s/ William L. Osteen, Jr.
United States District Judge